IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CARLOS RAY FRAZIER
ADC #650936                                                           PLAINTIFF

v.                      No. 4:24-cv-808-DPM

LAFEYETTE WOODS, JR., Head Sheriff,
Jefferson County and Dub Brassel
Detention Center; HUDSON, Chief, Dub
Brassel Detention Center and J.C.S.O.;
RODNEY ALLEN, Captain, Dub Brassel
Detention Center and J.C.S.O.;
THOMPKINS, Major, Dub Brassel
Detention Center and J.C.S.O.; and
TIGER COMMISSARY, Commissary
Warehouse, Dub Brassel Detention Center                        DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Frazier is a three-striker. *Doc. 3-1 at 3.* He hasn't paid the filing and administrative fees; and the time to do so has passed. *Ibid.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

-2-

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 November 2024