# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CARLOS RAY FRAZIER**
**ADC #650936**                                                                                   **PLAINTIFF**

v.                                      No. 4:24-cv-808-DPM

LAFEYETTE WOODS, JR., Head Sheriff,
Jefferson County and Dub Brassel
Detention Center; HUDSON, Chief, Dub
Brassel Detention Center and J.C.S.O.;
RODNEY ALLEN, Captain, Dub Brassel
Detention Center and J.C.S.O.;
THOMPKINS, Major, Dub Brassel
Detention Center and J.C.S.O.; and
TIGER COMMISSARY, Commissary
Warehouse, Dub Brassel Detention Center                    **DEFENDANTS**

## JUDGMENT

Frazier's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

1 November 2024